ROAN v. STATE. (No. 3584.)

(Court of Criminal Appeals of Texas. June 2, 1915.)

CRIMINAL LAW ⊕⇒1097—APPEAL—PRESENTATION FOR REVIEW — SUFFICIENCY OF EVIDENCE—STATEMENT OF FACTS.

The sufficiency of the evidence to sustain a verdict of guilty cannot be considered on appeal, in the absence of a statement of facts.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. ⊕⇒1097.]

Appeal from District Court, Tarrant County; Marvin H. Brown, Judge.

Ed Roan was convicted of burglary, and appeals. Affirmed.

C. C. McDonald, Asst. Atty Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of burglary.

There is neither a statement of facts nor bill of exceptions in the record. The only ground of the motion for new trial is that the evidence is insufficient to sustain the verdict. Of course, this cannot be considered, in the absence of a statement of facts.

There being nothing we can review, the judgment is affirmed.